| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Lucas, Macyszyn & Dyer Law Firm. PLLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FDBA  Law Offices of Lucas Magazine, PLLC

**3. Debtor's federal Employer Identification Number (EIN)**  
14-1981023

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9020 Rancho Del Rio Dr #101**<br>**New Port Richey, FL 34655**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pasco**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Lucas, Macyszyn & Dyer Law Firm. PLLC** _____ Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> ____ |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Lucas, Macyszyn & Dyer Law Firm. PLLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
      Contact name
      Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **Lucas, Macyszyn & Dyer Law Firm. PLLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor  **Lucas, Macyszyn & Dyer Law Firm. PLLC**　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 8, 2023**
　　　　　　　MM / DD / YYYY

X  **/s/ Jeffrey Lucas as Manager of Jeff Lucas PLLC,**
Signature of authorized representative of debtor

**Jeffrey Lucas as Manager of Jeff Lucas PLLC,**
Printed name

Title  **Member**

**18. Signature of attorney**

X  **/s/ Alberto ("Al") F. Gomez, Jr.**
Signature of attorney for debtor

Date  **September 8, 2023**
　　　　MM / DD / YYYY

**Alberto ("Al") F. Gomez, Jr. 784486**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**401 East Jackson Street #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-225-2500**　　Email address

**784486 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lucas, Macyszyn & Dyer Law Firm. PLLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Standard Landscapin** PO Box 15182 Brooksville, FL 34604 | | landcaping services at Spring Hill Office | | | | $225.00 |
| **Aramark** PO Box 21971 New York, NY 10087-1971 | | services provided to New Port Richey office | | | | $225.00 |
| **Canon Financial Services, In** 14904 Collections Center Dr Chicago, IL 60693-0149 | | Lease of copy machines, scanners, printers | | | | $39,854.14 |
| **Christopher Dyer** 9020 Rancho del Rio Dr #101 New Port Richey, FL 34655 | | Deferred Compensation | | | | $104,487.19 |
| **CIT Direct Capital** 155 Commerce Way Portsmouth, NH 03801-3243 | | Lease of (1) 14-inch MacBook Pro, (16) 16-inch MacBook Pros, (2) Mac Mini: Apple M1 chip; (22) Magic Keyboards; (22) Magic Mouse; including all attach | | $48,077.36 | Unknown | Unknown |
| **Clean 2 Gleam** 27151 Hiawatha Blvd Brooksville, FL 34601 | | cleaning services at Spring Hill office | | | | $872.75 |

Debtor  **Lucas, Macyszyn & Dyer Law Firm. PLLC**        Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cogent Bank**<br>**28059 US Highway 19 N**<br>**Clearwater, FL 33761** | | **All assets** | | $681,836.60 | $0.00 | $681,836.60 |
| **Cogent Bank**<br>**28059 US Highway 19 N**<br>**Clearwater, FL 33761** | | **All assets** | | $615,601.88 | $0.00 | $615,601.88 |
| **Cogent Bank**<br>**28059 US Highway 19 N**<br>**Clearwater, FL 33761** | | **All assets** | | $450,000.00 | $0.00 | $450,000.00 |
| **Daniels &Company**<br>**101 Schooner Drive**<br>**Palm Harbor, FL 34683** | | **billboard advertising** | | | | $20,514.63 |
| **Dolly Koulias**<br>**200 Meres Blvd #14**<br>**Tarpon Springs, FL 34689** | | **bill board advertising** | | | | $1,200.00 |
| **Elizabeth Wilkosky and all**<br>**others similarly situated**<br>**c/o Florin Gray, et al.**<br>**16524 Pointe Village Dr.#100**<br>**Lutz, FL 33558** | | **class action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $0.00 |
| **Jane Doe and all others similarly situated**<br>**c/o Florin Gray, et al.**<br>**16524 Pointe Village Dr.#100**<br>**Lutz, FL 33558** | | **class action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $0.00 |
| **Jeffrey Lucas**<br>**9020 Rancho del Rio Dr. #101**<br>**New Port Richey, FL 34655** | | **deferred compensation** | | | | $102,036.04 |
| **Martin Macyszyn**<br>**9020 Rancho del Rio Dr #101**<br>**New Port Richey, FL 34655** | | **Deferred compensation** | | | | $104,487.19 |

Debtor **Lucas, Macyszyn & Dyer Law Firm. PLLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Palermo & Associates**<br>**1868 Highland Oaks Blvd #A**<br>**Lutz, FL 33559** | | **Services for New Port Richey office** | | | | **$882.75** |
| **Scout IT**<br>**PO box 77202**<br>**Minneapolis, MN 55480-7200** | | **IT Services** | | | | **$4,150.00** |
| **Terri Lisk-Penhale, and all**<br>**others similarly situated**<br>**c/o Florin Gray, et al.**<br>**16524 Pointe Village Dr.#100**<br>**Lutz, FL 33558** | | **class action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **US Premium Finance**<br>**PO Box 630035**<br>**Cincinnati, OH 45263-0035** | | **insurance financing** | | | | **$27,369.90** |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Lucas, Macyszyn & Dyer Law Firm. PLLC**　　　Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 8, 2023**

**/s/ Jeffrey Lucas as Manager of Jeff Lucas PLLC,**
**Jeffrey Lucas as Manager of Jeff Lucas PLLC,**/**Member**
Signer/Title

Lucas, Macyszyn & Dyer Law Firm. PLLC
9020 Rancho Del Rio Dr #101
New Port Richey, FL 34655

Cogent Bank
28059 US Highway 19 N
Clearwater, FL 33761

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
 Ruppel & Burns, LLP
401 East Jackson Street #3100
Tampa, FL 33602

CWH Properties
c/o Campbell & Company CPAS
2400 Merchant Ave
Odessa, FL 33556

Jane Doe and all
others similarly situated
c/o Florin Gray, et al.
16524 Pointe Village Dr.#100
Lutz, FL 33558

American Standard Landscapin
PO Box 15182
Brooksville, FL 34604

Daniels &Company
101 Schooner Drive
Palm Harbor, FL 34683

Jeffrey Lucas
9020 Rancho del Rio Dr. #101
New Port Richey, FL 34655

Aramark
PO Box 21971
New York, NY 10087-1971

Dolly Koulias
200 Meres Blvd #14
Tarpon Springs, FL 34689

Martin Macyszyn
9020 Rancho del Rio Dr #101
New Port Richey, FL 34655

C & O Holding Company
2643 22nd Avenue North
Saint Petersburg, FL 33713

Doyle & McGrath Real Estate
19005 N Dale Mabry Hwy
Lutz, FL 33548

Palermo & Associates
1868 Highland Oaks Blvd #A
Lutz, FL 33559

Canon Financial Services, In
14904 Collections Center Dr
Chicago, IL 60693-0149

Elizabeth Wilkosky and all
others similarly situated
c/o Florin Gray, et al.
16524 Pointe Village Dr.#100
Lutz, FL 33558

Pasco County Tax Collector
P.O. Box 276
Dade City, FL 33526

Christopher Dyer
9020 Rancho del Rio Dr #101
New Port Richey, FL 34655

Financial Agent Services
PO Box 2576
Springfield, IL 62708

Pinnical Real Estate Holding
4221 Hollow Trail Drive
Tampa, FL 33624

CIT Direct Capital
155 Commerce Way
Portsmouth, NH 03801-3243

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Scout IT
PO box 77202
Minneapolis, MN 55480-7200

Clean 2 Gleam
27151 Hiawatha Blvd
Brooksville, FL 34601

FPK Properties, LLC
623 E Tarpon Ave
Tarpon Springs, FL 34689

Terri Lisk-Penhale, and all
others similarly situated
c/o Florin Gray, et al.
16524 Pointe Village Dr.#100
Lutz, FL 33558

US Premium Finance
PO Box 630035
Cincinnati, OH 45263-0035