UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

LUCAS, MACYSZYN & DYER, PLLC

       Debtor.

_____/

Chapter 11, Subchapter V
Case No. 8:23-bk-03944

## DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

LUCAS, MACYSZYN & DYER, PLLC ("Debtor"), pursuant to Local Rule 2081-1, files its Chapter 11 Case Management Summary (the "Summary"). For the Summary, the Debtor states the following:

### Introduction

On September 8, 2023, 2023 (the "Petition Date"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and made elections to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

### Case Management Items

**I.    Description of Debtor's Business**

The Debtor is a law firm that was formed in 2006 and practices in the areas of personal injury, criminal defense, traffic law, foreclosure defense, debt defense, family law, and business law.

**II.    Location of Debtor's Operations and Whether Leased or Owned**

The Debtor operates its business at five offices, which are leased and located in the following cities:

     a. 9020 Rancho Del Rio Drive, Ste. 101 in New Port Richey, Florida.
     b. 2190 Commercial Way in Spring Hill, Florida.
     c. 2533 Windguard Circle, Ste. 101 in Wesley Chapel, Florida.
     d. 2200 Highway 44 West in Inverness, Florida.
     e. 623 East Tarpon Avenue in Tarpon Springs, Florida.

The Debtor's main office is located at 9020 Rancho Del Rio Drive, Ste. 101 in New Port Richey, Florida.

### III.    **Reasons for Filing Chapter 11 and Debtor's Business Operations**

In February of 2022, the Debtor, formerly known as The Law Offices of Lucas|Magazine, PLLC., bought out member, James L. Magazine, and changed its name to Lucas, Macyszyn & Dyer Law Firm, PLLC. Shortly thereafter and prior to the Petition Date, the Debtor was sued as a defendant in three (3) lawsuits in Pasco County, Florida claiming, *inter alia*, that Debtor, formerly known as The Law Offices of Lucas|Magazine, PLLC., had an alleged conflict of interest with all of its clients that obtained funding from Momentum Funding due to certain dealings between James L. Magazine, Elizabeth Pekin and Jeff Lucas. These lawsuits are still pending, and plaintiffs continue to seek class certification. Although the legal issues are in dispute, the lawsuits may result in substantial claims against the Debtor. The Debtor files this reorganization case to restructure its financial obligations and provide a dividend to unsecured creditors. The Debtor aims to confirm a consensual plan of reorganization but if unsuccessful the Debtor will proceed with confirmation pursuant to § 1192(b) of the Bankruptcy Code.

### IV.    **List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing**

In the one year prior to filing its Chapter 11, the Debtor's ownership was as follows:

     a. Thirty-three percent (33%) interest is owned by Jeffrey Lucas as Manager of Jeff Lucas, PLLC. During the one year prior to the Petition Date, Mr. Lucas received

compensation and benefits of approximately $300,000.00, plus 401(k) company match and insurance benefits.

b. Thirty-three percent (33%) interest is owned by Martin Macyszyn as President of LCB Legal, PA. During the one year prior to the Petition Date, Mr. Macyszyn received compensation and benefits of approximately $300,000.00, plus 401(k) company match and insurance benefits.

c. Thirty-three percent (33%) interest is owned by Christopher Dyer as President of Ace Legal, PA. During the one year prior to the Petition Date, Mr. Dyer received compensation and benefits of approximately $300,000.00, plus 401(k) company match and insurance benefits.

d. One percent (1%) interest is owned by George Angeliadis as Manager of George G. Angeliadis, PLLC. Mr. Angeliadis became a partner in 2023. Since January 2023, Mr. Angeliadis received compensation and benefits of approximately $351,241.31, which includes his salary, bonuses, 401(k) company match, and insurance benefits.

(collectively, the "Managers").

## V.     Debtor' Annual Gross Revenues

The Debtor's gross profit for the year ending December 31, 2021 was approximately $7,516,739.00. The Debtor's gross profit for the year ending December 31, 2022 was approximately $6,737,277.00. The Debtor's year to date gross profit through August 31, 2023 is approximately $4,424,500.00.

## VI.     Amounts Owed to Various Classes of Creditors

The Debtor owes the following creditors as set forth below. The Debtor reserves all rights, claims, defenses, objections, and remedies with respect to all claims asserted or filed by creditors.

### a.  Secured Claims:

The Debtor's primary secured creditor is Cogent Bank ("Cogent") in connection with a line of credit with a principal balance of approximately $681,836.60 ("LOC"). Cogent filed a

UCC financing statement asserting a security interest in, among other things, all inventory, equipment, accounts and accounts receivable.

Cogent also holds a second secured claim in the approximate amount of $615,601.88 in connection with a term loan ("Term Loan #1"). Cogent filed a UCC financing statement asserting a security interest in, among other things, all inventory, equipment, accounts and accounts receivable.

Cogent holds a third secured claim in the approximate amount of $450,000.00 in connection with a second term loan ("Term Loan #2). Cogent filed a UCC financing statement asserting a security interest in, among other things, all inventory, equipment, accounts and accounts receivable.

The Cogent LOC and Term Loan # 1 are guaranteed by Martin Macyszyn and LCB Legal, PA; Christopher C. Dyer and Ace Legal, PA; and Jeffrey Lucas and Jeff Lucas PLLC. The Cogent Term Loan #2 is guaranteed by Mr. Macyszyn, Mr. Dyer and Mr. Lucas. It is the Debtor's intent to pay Cogent in the ordinary course of business after Court approval.

### b. Priority Claims:

Except for prepetition wages payable to employees, which the Debtor is seeking court approval to pay, the Debtor is not aware of any priority claims.

### c. Unsecured Claims:

The Debtor owes approximately $501,491.00 to general unsecured creditors, of which approximately $311,010.42 relates to the Managers deferred compensation claims.

## VII. General Description and Approximate Value of Debtor' Current Fixed Assets

The Debtor's fixed assets consist primarily of office furniture, office fixtures, and office equipment, and a 2017 Dodge Ram. The value of the Debtor's fixed assets is approximately $61,500.00.

**VIII.**  **Number of Employees and Amounts of Wages Owed as of Petition Date**

As of the Petition Date, there were twenty-two (20) non-insider individuals employed by the Debtor who were owed approximately $56,110.25 in pre-petition wages.  The Debtor pays its employees semi-monthly, and the next payroll date is September 15, 2023.

**IX.**  **Status of Debtor' Payroll and Sales Tax Obligations**

As of the Petition Date, the Debtor was current on its prepetition payroll and sales tax obligations.

**X.**  **Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date**

The Debtor intends to file an Emergency Motion for Authority to Use Cash Collateral and an Emergency Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits.

**XI.**  **Debtor' Strategic Objectives**.

The Debtor intends to utilize the Subchapter V filing to reorganize its business and potentially sell its assets.

WHEREFORE, the Debtor respectfully submits the foregoing as its Case Management Summary.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Case Management Summary has been furnished on September 8, 2023, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto "Al" F. Gomez, Jr. (FBN:  784486)
401 E. Jackson Street, Ste. 3100
Tampa, FL  33601-1100
Telephone:     813-225-2500
Email:  Al@jpfirm.com
Attorneys for Debtor